PROB 12C
FLNP(1/2013)

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Chandler Terry Strong          Case Number: 5:07CR39-002

Name of Sentencing Judicial Officer:   Richard Smoak, United States District Judge

Date of Original Sentence:  November 15, 2007

Original Offense: Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute Cocaine and More than 50 Grams of a Mixture and Substance Containing Cocaine

Original Sentence: 157 Months BOP, followed by 5 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 4/21/2016

Assistant U.S. Attorney: Michael T. Simpson          Defense Attorney: Spiro T. Kypreos

---

### PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about July 16, 2016, in Leon County, Florida, the supervised releasee was issued a Notice to Appear by the Tallahassee Police Department and charged with Possession of Marijuana Less Than 20 Grams, contrary to 893.13(6)(b) F.S. |
| 2 | **Violation of Standard Condition,** by failing to follow the instructions of the probation officer. On July 28, 2016, the supervised releasee failed to report to the probation office as directed. |
| 3 | **Violation of Special Condition,** by failing to submit to a urinalysis. On or about July 22, 2016, the supervised releasee failed to submit to a urinalysis as part of the Phase Testing Program. |
| 4 | **Violation of Special Condition,** by failing to submit to a urinalysis. On or about July 25, 2016, the supervised releasee failed to submit to a urinalysis as part of the Phase Testing Program. |

Rec'd AUG16'16 USDCFln4PM0451

Petition for Warrant or Summons for Offender Under Supervision
Page 2

5     **Violation of Special Condition,** by failing to submit to a urinalysis. On or about August 3, 2016, the supervised releasee failed to submit to a urinalysis as part of the Phase Testing Program.

6     **Violation of Special Condition,** by failing to submit to a urinalysis. On or about August 5, 2016, the supervised releasee failed to submit to a urinalysis as part of the Phase Testing Program.

U.S. Probation Officer Recommendation:

☐ The term of supervision should be

     ☒ Revoked

     ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 16, 2016

_____
Scott A. MacKinlay
U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant

☐ The Issuance of a Summons.

☐ Other -

_____
Signature of Judicial Officer

8/16/16
Date

Warrant/Summons Issued: 8/17/16
Date

_____
Deputy Clerk