# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

UNITED STATES OF AMERICA

VS

CASE NO. 5:07-cr-00039-RS-2

CHANDLER TERRELL STRONG

## WARRANT FOR ARREST

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  CHANDLER TERRELL STRONG
Name

and bring him or her forthwith to the nearest magistrate to answer a

### Violation Notice

charging him or her with:

Violation of Supervised Release

in violation of Title 18 United States Code, Section(s) 3583

| | |
|---|---|
| Jessica J. Lyublanovits | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| Deputy Clerk: Kristin Cowdell | August 17, 2016     Panama City |
| | Date and Location |
| Bail fixed at $ Bail Reform Act | |
| and/or in accordance with Comprehensive Crime Control Act of 1984. | by  Robert L. Hinkle |
| | Name of Judicial Officer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| 1014 MASSALINA  PANAMA CITY, FL 32401 |

| DATE RECEIVED 1-5-16 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1-26-17 | JOHN L. FANNIA, DUSM | |